IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00807-M-BM

| | | |
|---|---|---|
| ANNA RHODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| SANTANDER CONSUMER USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on United States Magistrate Judge Brian S. Meyers's frivolity review of Plaintiff's claims pursuant to 28 U.S.C. §1915(e)(2)(B) [DE 6]. In accordance with 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, Judge Meyers entered a memorandum and recommendation ("M&R"), recommending that this court dismiss without prejudice Plaintiff's N.C. Unfair and Deceptive Trade Practices Act ("UDTPA") claim related to Defendant's disposal of Plaintiff's property. DE 6. In addition, Judge Meyers recommended that the Plaintiff's other claims, which include federal claims arising under the Fair Credit Reporting and Equal Credit Opportunity Acts, state law claims for unjust enrichment, constructive trust, common law fraud, wrongful repossession, failure to provide notice of disposition, conversion, and requests for accounting and declaratory judgment be dismissed with prejudice. DE 6. To date, no objections have been filed.[1]

A magistrate judge's recommendation carries no presumptive weight. The court "may

[1] Judge Meyers issued the M&R on September 15, 2026. Objections were due to be filed on or before September 30, 2026. *See* DE 6. The motion and M&R were submitted to this court for disposition on October 1, 2026.

accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein,

1. Plaintiff's UDPTA claim is DISMISSED WITHOUT PREJUDICE;

2. All other claims alleged by Plaintiff are DISMISSED WITH PREJUDICE.

3. The Clerk of Court shall close this case.

SO ORDERED this 8th day of October, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE